UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERRICK D. GILBERT,

    Plaintiff,

v.                                          CASE NO: 8:07-mc-112-T-23TBM

STATE OF FLORIDA,

    Defendant.
_____/

**ORDER**

Pursuant to a standing order of this court dated January 5, 1998, this matter was referred to the United States Magistrate Judge. Following the Magistrate Judge's January 7, 2008, report and recommendation (Doc. 3), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 3) is **ADOPTED**. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), the plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** and the plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on January 30, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE